*e-filed 11/19/07

1  Mary E. Conn CB#224597
2  MARY E. CONN & ASSOCIATES
   55 River St. Suite 100
3  Santa Cruz, CA 95060
   Tel: 831-471-7103
4  Fax: 831-426-1059
5  Attorney for Duc Dien Tran Nguyen

6
7
             UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11 | UNITED STATES OF AMERICA,       )   CASE NO. CR 01-20154 JF
12 |                                 )
   |         Plaintiff,              )   STIPULATION AND [PROPOSED]
13 |                                 )   ORDER RE SENTENCING
   |    v.                           )   HEARING
14 |                                 )
15 | ANH THE DUONG, et al.           )
   |                                 )
16 |         Defendants.             )
17 |                                 )

18 _____

19 TO: THE HONORABLE JEREMY FOGEL
20
21      Defendant, DUC DIEN TRAN NGUYEN, by and through his counsel of record, Mary
22 Elizabeth Conn, and the United States, through its attorney, Assistant U.S. Attorney Shawna
23 Yen, hereby stipulate and request that the Court continue the sentencing hearing in this case for
24 defendant Duc Dien Tran Nguyen from November 14, 2007 at 9:00am to February 27, 2008 at
25 9:00am. U.S. Probation Benjamin Flores was informed of this stipulation and he has no
26 objection.
27      The reason for this request is that U.S. Probation Officer Benjamin Flores needs
28 additional time to prepare the sentencing report. The Speedy Trial Act does not apply to

1.

1 | sentencing proceedings. The draft pre-sentence report is not waived.

2 | Dated: November 2, 2007

Respectfully submitted,
MARY E. CONN & ASSOCIATES

Mary Elizabeth Conn
Attorney for DUC DIEN TRAN NGUYEN

~~KEVIN V. RYAN~~  SCOTT N. SCHOOLS
United States Attorney

SHAWNA YEN
Assistant United States Attorney

SCOTT N. SCHOOLS

## [PROPOSED] ORDER

Based upon the foregoing, and good cause appearing therefor, IT IS HEREBY ORDERED that the sentencing hearing for this matter be continued from November 14, 2007 at 9:00am to February 27, 2008 at 9:00am.

IT IS SO ORDERED.

DATED: 11/15/07

HON. JEREMY FOGEL
United States District Judge

2.